**Reinstated; Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed August 21, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00297-CV

## IN RE L. CHARLES MONCLA, JR., J. CLARKE LEGLER, II, WILLIAM RESTREPO, DANIEL T. LAYTON, LAYTON CORPORATION, PLATINUM ENERGY HOLDINGS, INC., AND PLATINUM ENERGY SOLUTIONS, INC., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30972**

## MEMORANDUM OPINION

On April 21, 2014, relators  L. Charles Moncla, Jr., J. Clarke Legler, II, William Restrepo, Daniel T. Layton, Layton Corporation, Platinum Energy Holdings, Inc., and Platinum Energy Solutions, Inc. filed a petition for writ of mandamus in this court.  *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R.

App. P. 52.  In the petition, relators ask this court to compel the Honorable Wesley Ward, presiding judge of the 234th District Court of Harris County, to 1) vacate his March 31, 2014 order overruling relators' special exceptions; (2) grant the special exceptions; (3) strike real parties in interest's pleadings; and (4) dismiss the case with prejudice.

On August 18, 2014, relators filed an unopposed motion to dismiss this original proceeding because the parties have settled the underlying case.  Relators' requested relief in the petition for writ of mandamus is now moot.  The motion is granted.

Accordingly, relators' petition for writ of mandamus is ordered dismissed.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.